

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-15-00125-CR

**EX PARTE** Hector **RAMIREZ**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

Because this is an appeal in a habeas corpus proceeding, the reporter's record was due on March 16, 2015, fifteen days after the notice of appeal was filed. It has not been filed. We ORDER Lisa J. Ramos and Erminia Uviedo, the court reporters responsible for preparing the reporter's record, to file the reporter's records on or before **April 6, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court